[No. 23838-8-I. Division One. September 4, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. CARLA
E. MERRIVAL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-01397-1, Richard J. Thorpe, J.,

entered February 24, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Scholfield, JJ.